IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOSEPH SPIVAK, individually and on behalf of a class of similarly situated and aggrieved persons,<br><br>                      Plaintiff,<br><br>   v.<br><br>WILLIS OF ILLINOIS, INC., an Illinois corporation, and PS ILLINOIS TRUST,<br><br>                      Defendants. | No. 12 CV 01116<br>Judge Kennelly<br>Magistrate Judge Valdez |

## **STIPULATION TO DISMISS**

Plaintiff, Joseph Spivak, individually and on behalf of a class of similarly situated and aggrieved person, by his attorney, the Law Offices of Hall Adams, LLC and James B. Hardin, attorney for Defendants, PS Illinois Trust and Willis of Illinois, Inc., hereby stipulate that the above case be dismissed with prejudice and with each party to bear its own costs and attorneys' fees, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and the parties' settlement.


| /s/ Hall Adams | /s/ James B. Hardin |
|---|---|
| Attorney for Plaintiff | Attorney for Defendants, PS Illinois Trust |
| Hall Adams | and Willis of Illinois, Inc |
| Law Offices of Hall Adams, LLC | James B. Hardin. |
| 33 North Dearborn Street | Newport Trial Group |
| Suite 2350 | 895 Dove Street |
| Chicago, Illinois 60602 | Newport Beach, California 92660 |